IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CIVIL ACTION |
|---|---|---|
| v. | : : : : | |
| LEVOIN MANLEY | : : | No. 10-CV-1053 CRIMINAL NO: 07-220 |

**O R D E R**

AND NOW, this 8th day of June, 2011, IT IS HEREBY ORDERED that the motion to Vacate, Set Aside, and/or Correct a Sentence pursuant to 28 U.S.C. § 2255, filed by Levoin Manley is DENIED.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.